ENT JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

|  |  |
|---|---|
| DANIEL ROBINSON,<br><br>     Petitioner,<br><br>     v.<br><br>R.J. SUBIA, WARDEN,<br><br>     Respondent. | Case No. EDCV 07-1487-ABC   (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is DISMISSED without prejudice.

Dated: _____ Jan 2, 2008 _____

_____
Audrey B. Collins
United States District Judge